Baldacchino *v.* Central Cambria School District, Appellant.

Argued November 13, 1970.   *Lawrence L. Davis,* for appellant; *Harry A. Englehart, Jr.,* with him *Englehart, Creany, Englehart & Leahey,* for appellees.

Decree affirmed.

Baron Unemployment Compensation Case.

Argued November 12, 1970.   *A. J. Kuzdenyi,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, with him *Fred Speaker,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

Brehony *v.* Highway Express Lines et al., Appellants.

Argued December 10, 1970.   *John F. Ledwith,* with him *Joseph R. Thompson,* for appellants; *Isadore E. Krasno,* with him *Ralph M. Bashore* and *Arthur E. Ricchiuti,* for appellee.

Order affirmed.

WATKINS, J., took no part in the consideration or decision of this case.